# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CLINTON DUNN,** <br>                 Petitioner, <br><br> v. <br><br> **TAMMY FERGUSON, Superintendent** <br> **SCI-Benner Twp,** <br>                 Respondents. | CIVIL ACTION <br><br><br><br> NO. 17-4016 |

## O R D E R

**AND NOW**, this 22nd day of May, 2019, upon consideration of Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus filed by *pro se* petitioner, Clinton Dunn, the record in this case, the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey dated November 21, 2018, no objections having been filed,[1] **IT IS ORDERED** as follows:

    1. Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey dated November 21, 2018, is **APPROVED** and **ADOPTED**;

    2. Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus filed by *pro se* petitioner, Clinton Dunn, is **DISMISSED AS UNTIMELY**; and

    3. A certificate of appealability will not issue because reasonable jurists would not debate the propriety of this Court's procedural ruling with respect to petitioner's claims. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

                                                 **BY THE COURT:**

                                                 **/s/ Hon. Jan E. DuBois**

                                                   **DuBOIS, JAN E., J.**

---

[1] The Court granted *pro se* petitioner's requests for extension of time to file objections on two occasions, first to January 28, 2019, and second to April 15, 2019. No objections were filed.